IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                    September 21, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


DANIEL L. UFFNER, JR.

vs                                                        CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A., et al


By order of the Court, the Motion Requesting Consent to Withdraw Legal Representation (**docket entry 27**) is GRANTED.  Parties to be notified.

                                                          ~~ - Secretary

F. Bruno

SEP 2 1 1999
28