IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                December 13, 1999

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

DANIEL L. UFFNER, JR.

vs                                                    CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A., et al

     By order of the Court, having considered defendant's Cross-Motion for Sanctions and Award of Attorney's Fees (**docket entry 31**) and the Opposition thereto (**docket entry 36**), the same is DENIED. The Motions requesting extension of time (**docket entries 32, 33, and 35**) are MOOT. Parties to be notified.

— Secretary