IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL L. UFFNER, JR.

Plaintiff

vs                                                      CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A.
T.L. DALLAS & CO., LTD., and
SCHAEFFER & ASSOCIATES, INC.

Defendants

# ORDER

Having considered the Motion for Reconsideration and for Leave to File Amended Complaint (**docket entry 30**) and the Opposition (**docket entry 36**), the same is DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on December 16, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: P. Calmsbert
I. Carvajal
J. Hallando
S. Goldman
D. Rivera

AO 72A
(Rev.8/82)