IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL L. UFFNER, JR.,            *

    Plaintiff,                   *

v.                                *    CIVIL NO. 98-1671 (CCC)

LA REUNION FRANCAISE S.A.;        *
T.L. DALLAS & CO. LTD.; and
SCHAEFFER & ASSOCIATES, INC.,     *

                                  *

    Defendants.
                                  *

----------------------------------*

## NOTICE OF APPEAL

**TO THE CLERK OF THE COURT:**

Notice is hereby given that plaintiff, Daniel L. Uffner, Jr. (hereinafter "Uffner"), appeals to the United States Court of Appeals for the First Circuit from the Judgment dated September 20, 1999, and entered on September 21, 1999, and the Order dated December 16, 1999, and entered on December 20, 1999, pursuant to the provisions of **28 U.S.C § 1291** and **Rule 4, Fed.R.App.P.**

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 11th day of January of 2000.

*[signatures]*

Uffner v. La Reunion et al.
Civil No. 98-1671 (CCC)
Notice of Appeal

                                                CALVESBERT LAW OFFICES, PSC
                                                El Caribe Building, Suite 1402
                                                53 Palmeras Street
                                                San Juan, Puerto Rico 00901-2417
                                                Tel. (787) 722-8800
                                                Fax: (787) 729-0066

                                                By: _____
                                                    José Guillermo Baquero
                                                    USDC-PR No. 210709

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this same date, a true and exact copy of the foregoing document has been sent via first class mail to: **Fernando L. Gallardo, Esq.**, P.O. Box 193600 San Juan, Puerto Rico 00919-3600 and **Darío Rivera Carrasquillo, Esq.**, P.O. Box 9024098, San Juan, Puerto Rico 00901.

                                                CALVESBERT LAW OFFICES, PSC

                                                By: _____
                                                  José Guillermo Baquero