IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS  April 23, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

DANIEL L. UFFNER, JR.

Plaintiff

vs  CIVIL 98-1671CCC

LA REUNION FRANCAISE S.A., et al

Defendants

By order of the Court the Motion Requesting Leave to Withdraw Legal Representation (docket entry 40) is NOTED. Clerk of Court to take notice of new address.

- Secretary

s/cs:to ( 7 )
attys/pts
in ICMS

APR 3 0 2001

