# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  May 15, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

DANIEL L. UFFNER, JR.

Plaintiff

vs                                       CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A., et al

Defendants

The First Circuit Court of Appeals having vacated the dismissal in this case (**docket entry 41**), defendants shall answer the complaint within fifteen (15) days after notice. Parties to be notified.

                                    ⁄—⌃ - Secretary


