# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  June 11, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

DANIEL L. UFFNER, JR.

Plaintiff

vs                                              CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A., et al

Defendants

By order of the Court the Motion for Brief Extension of Time to File Answer to the Complaint filed by Schaffer & Associates (**docket entry 46**) is GRANTED until June 19, 2001. Parties to be notified.

— Secretary

s/cs:to ( )
attys/pts
in ICMS

JUN 1 3 2001