# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**               June 21, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

DANIEL L. UFFNER, JR.

Plaintiff

vs                                        CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A., et al

Defendants

By order the Court co-defendants La Reunion Francaise, S.A. and T.L. Dallas & Co., Ltd.'s Motion for an Extension of Five (5) Days to Answer the Complaint or Otherwise Plead **(docket entry 48)** is MOOT. Answer filed June 18, 2001. The docket shall so reflect.

                                        - Secretary

s/cs:to (6)
attys/pts
in ICMS

JUN 25 2001