IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**    July 11, 2001

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

DANIEL L. UFNNER, JR.

Plaintiff

vs                                    CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A. et. al.

Defendants

---

By order of the Court, the Motion Joining Initial Scheduling Conference Memorandum Submitted by Codefendants filed by defendant Schaefer & Associates (**docket entry 55**) is GRANTED.

Having considered the Motion Requesting Withdrawal of Legal Representation filed by attorney Dario Rivera-Carrasquillo (**docket entry 56**), Mr. Rivera-Carrasquillo of Pinto, Lugo & Rivera shall provide the mail address of their client, Schaeffer & Associates, within five (5) days after notice of this Order.

s/cs:to ( ? )
attys/pts
in ICMS

NPS.- Law clerk

JUL 1 2 2001