IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                August 17, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

DANIEL L. UFFNER, JR.

Plaintiff

vs                                              CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A., et al

Defendants

By order the Court the Motion in Compliance with Court Order filed by Pinto-Lugo & Rivera, P.S.C. (**docket entry 59**) is NOTED. The Clerk of Court shall take notice of the address of the Schaffer & Associates for notification of future orders. The Motion Requesting Withdrawal of Legal Representation filed by Dario Rivera-Carrasquillo, Esq. (**docket entry 56**) is GRANTED. The defendant shall appear within thirty (30) days represented by new counsel. Plaintiff's Notice of Appearance (**docket entry 60**) is NOTED. Parties to be notified.

                                        - Secretary