IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL L. UFFNER, JR.
Plaintiff

vs                                                    CIVIL 98-1671CCC

LA REUNION FRANCAIS, S.A.
T.L. DALLAS & CO., LTD. and
SCHAEFFER & ASSOCIATES, INC.
Defendants



## ORDER

A **pretrial conference is hereby set for June 20, 2002 at 4:45 PM.**

**The jury trial in this action will be held on November 5, 2002 from 10:00 AM** to 1:00 PM and from 2:00 PM to 5:00 PM. The parties are hereby GRANTED a term of fifteen (15) days after notice to inform of any calendar conflicts or other reasons which may justify a continuance of this setting. The parties are admonished that if no objections are raised to this setting within the term allowed, **NO CONTINUANCES WILL LATER BE GRANTED.** They are expressly advised that trial will not be continued because counsel have agreed to recommend a settlement. A trial date will be passed **ONLY IF A SETTLEMENT HAS BEEN FIRMLY BOUND.**

The parties are advised that pursuant to an order of the Court entered on October 25, 1996 by unanimous agreement of the Active Judges in Miscellaneous No. 96-125(CCC), the following order of procedure was established to resolve calendar conflicts amongst judicial officers:

  a. Trials shall take precedence over all other hearings.

  b. Jury trials shall take precedence over non-jury trials.

  c. Criminal cases shall take precedence over civil cases.

  d. Criminal cases involving defendants in custody shall take precedence over other criminal cases.

CIVIL 98-1671CCC                              2

e. Among criminal cases not involving defendants who are in custody, the case having the earliest docket number shall take precedence over the others.

f. Among civil cases, the case having the earliest docket number shall take precedence over the others.

Counsel are advised that, pursuant to such Order, when there is a conflict between court appearances they have the obligation to notify the Courtroom Deputy of each Judge involved, in writing, not later than three (3) business days after receipt of the notice giving rise to the conflict, indicating the names and docket numbers of each case and the date and time of the conflicting hearings.

SO ORDERED.

At San Juan, Puerto Rico, on August 27, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

9-5-01 s/t.
Jury Clerk

s/cs:to (7)
attys/pts
in ICMS

SEP - 7 2001