IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                        October 26, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

DANIEL L. UFFNER, JR.

Plaintiff

vs                                                CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A., et al

Defendants

By order the Court plaintiff's Motion Requesting Amendment to Initial Scheduling and Case Management Order (**docket entry 65**) is GRANTED. The joint stipulation of facts will be filed no later than ten (10) days after the close of discovery.

The Notice of Change of Address (**docket entry 66**) is NOTED. The Clerk of Court and the parties to take notice of new address.

Plaintiff's Motion Concerning Notification of Motions and Other Documents (**docket entry 68**) is GRANTED. The Clerk of Court shall remove Pinto-Lugo & Rivera from the list of counsel in this case. Parties to be notified.

s/cs:to ( 7 )
attys/pts
in ICMS

/s/ - Secretary

OCT 3 0 2001

