IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL L. UFFNER, JR.
Plaintiff

vs                                       CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A.
T.L. DALLAS & CO., LTD. and
SCHAEFFER & ASSOCIATES, INC.
Defendants

### ORDER

Having considered plaintiff's Motion to Strike Objections by La Reunion and T.L. Dallas to Uffner's Discovery (**docket entry 67**) is DENIED since the record does not reflect the filing of any objections by defendants La Reunion and T.L. Dallas to plaintiff's set of interrogatories and first request for production of documents.

SO ORDERED.

At San Juan, Puerto Rico, on November 21, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to (7)
attys/pts
in ICMS

NOV 28 2001