IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL L. UFFNER, JR.
Plaintiff

vs                                          CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A.
T.L. DALLAS & CO., LTD. and
SCHAEFFER & ASSOCIATES, INC.
Defendants

## ORDER

On September 18, 2001 the law firm of Goldman & Hellman of Fort Lauderdale, Florida, filed a Notice of Change of Address signed by Steven E. Goldman, Esq. (**docket entry 66**). Considering this to be a routine informative motion by an attorney of record who has relocated his office, on October 26, 2001 the Court noted the change of address and advised the Clerk of Court and the parties to also take notice (see docket entry 70). Before the Court now is a Motion to Strike Notice of Change of Address filed by plaintiff on October 24, 2001 (**docket entry 69**) contending that Steven E. Goldman, Esq. is not an attorney of record in this case. After carefully reviewing the record, the Court concludes that neither Mr. Goldman nor his law firm Goldman & Hellman have filed a motion to be allowed to appear as attorneys pro hac vice. There is therefore no compliance by them of the local rule governing pro hac vice attorneys. The Court notes that in its Initial Scheduling and Case Management Order of September 6, 2001 (see docket entry 62) it was noted in a footnote that Mr. Steven E. Goldman would be filing a motion pro hac vice to join the local representation, referring to Woods & Woods. That never happened. Accordingly, the Motion to Strike Notice of Change of Address (**docket entry 69**) is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on November 21, 2001.

CARMEN CONSUELO CEREZO
United States District Judge