IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL L. UFFNER, JR.
Plaintiff

vs                                         CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A.
T.L. DALLAS & CO., LTD. and
SCHAEFFER & ASSOCIATES, INC.
Defendants

## ORDER

Having considered the Motion Requesting Entry of Default Against Schaeffer & Associates, Inc. for Abandonment of Defense (**docket entry 71**) filed by plaintiff on October 26, 2001, the same is DENIED without prejudice. However, the Court notes that Schaeffer & Associates, Inc. was ordered on August 17, 2001 to appear represented by counsel within thirty days of such order since the Court granted the motion requesting withdrawal of legal representation filed by his attorney Dario Rivera-Carrasquillo of the law firm Pinto-Lugo & Rivera. The record reflects that the minutes of August 17, 2001 (see docket entry 61) which contain this order were notified to Schaeffer & Associates, Inc. There is no reference as to the date of the notification of said order. The record reflects that Schaeffer & Associates, Inc. has not appeared represented by new counsel. Accordingly, Schaeffer & Associates, Inc. shall appear represented by new counsel within the final term of fifteen (15) days after notice of this order. Failure to do so will result in striking the answer to the complaint filed by this defendant and the entry of default against it. The Clerk of Court shall notify this order to Schaeffer & Associates, Inc. to the following address: 4954 Village Creek Drive, Atlanta, GA, 30338.

SO ORDERED.

At San Juan, Puerto Rico, on November 24, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

