IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**         February 6, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

DANIEL L. UFFNER, JR.

Plaintiff

vs                                         CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A., et al

Defendants

By order the Court the Motion to Strike Affirmative Defenses (**docket entry 57**) is MOOT. The Motion Requesting Admission Pro Hac Vice filed on December 21, 2001 by Steven E. Goldman, Esq. and the Written Consent of Designee filed by attorneys Fernando L. Gallardo and Yadhira Ramírez-Toro on December 21, 2001 (**docket entries 76 and 77**) are GRANTED. Plaintiff's Motion for Extension of Time (**docket entry 78**) is MOOT. Plaintiff's Informative Motion filed on January 28, 2002 (**docket entry 79**) is NOTED. Parties to be notified.

s/cs:to ( 7 )
attys/pts
in ICMS

~~~ - Secretary

FEB - 8 2002

