IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL L. UFFNER, JR.
Plaintiff

vs                                          CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A.
T.L. DALLAS & CO., LTD. and
SCHAEFFER & ASSOCIATES, INC.
Defendants

## O R D E R

Having considered plaintiff's Motion Requesting Entry of Default Against Schaeffer & Associates, Inc. for Abandonment of Defense and Uffner's Second Motion for Entry of Default Against Schaeffer & Associates, Inc. (**docket entries 71 and 75**) the same are GRANTED. The Clerk of Court to enter default against co-defendant Schaeffer & Associates, Inc. Plaintiff to file motion for entry of default judgment ten (10) days after entry of default.

SO ORDERED.

At San Juan, Puerto Rico, on February 6, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to (7)
attys/pts
in ICMS

FEB - 8 2002