IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL L. UFFNER, JR.
Plaintiff

vs                                                        CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A.
T.L. DALLAS & CO., LTD. and
SCHAEFFER & ASSOCIATES, INC.
Defendants

**PARTIAL JUDGMENT**

Having considered the Stipulation for Dismissal of Action With Prejudice filed by plaintiff and co-defendants La Reunion Francaise, S.A. and T.L. Dallas & Co. Ltd. on February 2, 2002 (**docket entry 80**) the same is APPROVED. Case is DISMISSED, with prejudice, as to co-defendants La Reunion Fancaise, S.A. and T.L. Dallas & Co. Ltd., and without imposition of costs or attorney's fees.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on February 6 , 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( ? )
attys/pts
in ICMS

FEB - 8 2002