IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

DANIEL L. UFFNER, JR.
Plaintiff

vs                                                          CIVIL 98-1671CCC

LA REUNION FRANCAISE, S.A.
T.L. DALLAS & CO., LTD. and
SCHAEFFER & ASSOCIATES, INC.
Defendants

## JUDGMENT NUNC PRO TUNC

Having considered the Motion to Request Amendment of Partial Judgment filed by plaintiff and co-defenants La Reunion Francaise, S.A., T.L. Dallas & Co. Ltd. on February 12, 2002 (**docket entry 84**) the same is GRANTED. Therefore, this action is DISMISSED, with prejudice, as to all defendants–La Reunión Francaise, S.A., T. L. Dallas & Co., LTD. and Schaeffer & Associates, Inc.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on February 26, 2002.

CARMEN CONSUELO CEREZO
United States District Judge


